■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAVNIT SINGH, Appellant. [738 NYS2d 603] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 30, 2000 (*People v Singh,* 272 AD2d 631), affirming a judgment of the Supreme Court, Queens County, rendered July 8, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Santucci, J.P., Feuerstein, O'Brien and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEIL SKEETE, Appellant. [738 NYS2d 595] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered October 11, 2000, convicting him of assault in the second degree and reckless endangerment in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The trial court properly denied the defendant's request to charge the jury that it could consider assault in the third degree as a lesser-included offense of assault in the second degree. There was no reasonable view of the evidence that would have supported such a charge (*see,* CPL 300.50 [1]).

The defendant's remaining contentions are without merit. Feuerstein, J.P., Krausman, Schmidt and Cozier, JJ., concur.